UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. **04CR 10096 JLT** |
| ) | |
| v. ) | **VIOLATIONS:** |
| ) | |
| ) | 21 U.S.C. § 963 -- |
| ) | Conspiracy to Import Cocaine |
| ) | |
| JUDY E. COLLYMORE ) | 21 U.S.C. §§ 952(a) and 960(a)-- |
| ) | Unlawful Importation of Cocaine |
| Defendant ) | |

### INDICTMENT

**COUNT ONE:**    Title 21, United States Code, Section 963 -
Conspiracy to Import Cocaine

The Grand Jury charges that:

Beginning on an unknown date but at least by on or about March 1, 2004 and continuing thereafter until on or about March 25, 2004, at Boston, in the District of Massachusetts, Jamaica, and elsewhere,

**JUDY E. COLLYMORE**

defendant herein, knowingly and intentionally combined, conspired and agreed with persons unknown to the Grand Jury to import a quantity of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, namely Jamaica, in violation of Title 21, United States Code, Sections 952(a) and 960(a).

All in violation of Title 21, United States Code, Section 963.

**COUNT TWO:**     21 U.S.C. §§ 952(a) and 960(a) - Importation of Cocaine

The Grand Jury further charges that:

On or about March 25, 2004, at Boston, in the District of Massachusetts,

**JUDY E. COLLYMORE**

defendant herein, did knowingly, intentionally, and unlawfully import a quantity of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, namely Jamaica.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS;   April 1, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   @ 2:30 pm