AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.

Judy Collymore

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04 m 1059 JGD

I, Judy Collymore, charged in a ☒ complaint ☐ petition pending in this District of Massachusetts in violation of 21, U.S.C., 952(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_Judy Collymore_
Defendant

3/31/04
Date

_Page Kelley_
Counsel for Defendant