# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

U. S.  V.S.  _Judy Collymore_

FOR

AT

DOCKET NUMBERS

Magistrate  04m-1059-JGD

District Court

Court of Appeals

PERSON REPRESENTED (Show your full name)

Judy E Collymore

| 1 | ☒ Defendant—Adult |
| 2 | ☐ Defendant - Juvenile |
| 3 | ☐ Appellant |
| 4 | ☐ Probation Violator |
| 5 | ☐ Parole Violator |
| 6 | ☐ Habeas Petitioner |
| 7 | ☐ 2255 Petitioner |
| 8 | ☐ Material Witness |
| 9 | ☐ Other |

CHARGE/OFFENSE (describe if applicable & check box →)    ☐ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer:

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No  _n/a_
**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED ⊘  $ _____

SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  **IF YES,** state total amount $ ⊘

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE _____  $ _____

DESCRIPTION  Defendant owns small home in Barbados - she owes a lot of property tax on it - does not know present value.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
__ SINGLE
__ MARRIED
__ WIDOWED
_x_ SEPARATED OR DIVORCED

Total No. of Dependents ⊘

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | approx $2,000. on credit cards | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  **3/31/04**

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)  ▶ _Judy Collymore_