UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 04-10096-JLT |
| ) | |
| ) | |
| **JUDY COLLYMORE** ) | |

JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for May 25, 2004.

1. Local Rule 116.3 Timing Requirements

The parties are not presently requesting relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

The government will agree to provide expert discovery 21 days before trial. The defendant will provide expert discovery 7 days before trial.

3. Additional Discovery

The parties do not anticipate providing additional discovery.

4. Motion Date

The parties are jointly requesting that June 30, 2004 be set as the date for all discovery and non-dispositive motions to be filed and are requesting that the time between the Initial Status Conference and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable since the defendant's arraignment on April 14, 2004:

| | |
|---|---|
| 4/14/04-5/11/04 | excluded per order dated 4/14/04 |
| **5/12/04-5/24/04** | **12 day period counted** |
| 5/25-<br>Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 13 days will have been counted and 57 days will remain under the Speedy Trial Act.

6. Anticipated Trial

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. Final Status Conference

The parties request that a Final Status Conference be scheduled for July 7, 2004 or as soon thereafter as is convenient for the Court.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s John A. Wortmann, Jr.
       JOHN A. WORTMANN, JR.
       Assistant U.S. Attorneys
       One Courthouse Way
       Boston, MA
       (617) 748-3207

      /s Page Kelly
PAGE KELLY
Office of the Federal Defender
408 Atlantic Avenue
Boston, MA 02109
617-223-8061