UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10096-JLT

UNITED STATES OF AMERICA

v.

JUDY E. COLLYMORE

**FURTHER ORDER ON EXCLUDABLE TIME**

July 6, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 6, 2004 through September 9, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated April 14, 2004, May 25, 2004 and this order, at the time of the Final Status Conference on September 9, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge