UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |

<u>Assented-To Motion for Continuance</u>

_____Defendant Judy Collymore, by and through her undersigned attorney, hereby moves this Court for a continuance of the status hearing that was set in this matter for September 9, 2004 to Friday, October 8. The government, through Assistant United States Attorney Glenn MacKinlay, assents to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

                                                                                                  JUDY COLLYMORE
                                                                                                  By her attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

September 27, 2004