UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |

<u>Assented -to Motion to Continue Status Conference</u>

_____The defendant in the above case hereby moves this Court for a continuance of the status hearing that was set in this matter for Friday, February 18, 2005, to a date in April, 2005. Assistant United States Attorney Glenn MacKinlay assents to this motion.  The defendant requests additional time because Mr. MacKinlay is presently on trial and expects to be on trial for the next three weeks; Mr. MacKinlay will be attending funeral services for a close relative on Friday, February 18; and defense counsel and Mr. MacKinlay require the requested time in order to finalize the plea agreement in the case.

The defendant requests the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

JUDY COLLYMORE
By her attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

February 16, 2005