UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10096-JLT

UNITED STATES OF AMERICA

v.

JUDY E. COLLYMORE

**FURTHER ORDER ON EXCLUDABLE TIME**

April 4, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 5, 2005 through May 3, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated April 14, 2004, May 25, 2004, July 6, 2004, September 28, 2004, October 8, 2004, November 1, 2004, December 6, 2004, January 7, 2005, February 17, 2005 and this order, at the time of the Final Status Conference on May 3, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

_/ s / Judith Gail Dein_
JUDITH GAIL DEIN
United States Magistrate Judge