UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10096-JLT

UNITED STATES OF AMERICA

v.

JUDY E. COLLYMORE

**FINAL STATUS REPORT**

May 4, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, May 3, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant intends to enter a plea. However, the plea agreement is not yet signed.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated April 14, 2004, May 25, 2004, July 6, 2004, September 28, 2004, October 8, 2004, November 1, 2004, December 6, 2004, January 7, 2005, February 17, 2005, and April 4, 2005, as of the Final Status Conference there were thirteen (13) days of non-excludable time under the Speedy Trial Act (May 11, 2004 - May 24, 2004) and **fifty-seven (57) days remaining under the Speedy Trial Act** in which this case must be tried. The court has on this date entered a further order on excludable time excluding the period May 3, 2005 through the intial pre-trial conference in order to allow the parties time to finalize the settlement of this matter.

5. No trial is anticipated.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge