UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.   ) | CRIM. NO. 04-10096-JLT |
| ) | |
| **JUDY COLLYMORE**   ) | |

**WITHDRAWAL OF  APPEARANCE**

The undersigned hereby withdraws his appearnace in this matter.  The government will continue to be represented by AUSA Glen Mackinlay.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 5/5/05        By:   /s John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207