UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CRIMINAL NO. 04-10096-JLT |
| ) | |
| JUDY E. COLLYMORE       ) | |

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Judy E. Collymore notified the government of her intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Collymore be awarded a three-point reduction for acceptance of responsibility.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney


By:  s/ Glenn A. MacKinlay
     GLENN A. MACKINLAY
     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of October, 2005 caused a copy of the foregoing document to be provided to Page Kelley, Esq. by efiling and by mail.

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
