UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10096 JLT |
| | ) | |
| JUDY COLLYMORE | ) | |
| | ) | |

DEFENDANT'S MOTION TO FILE UNDER SEAL

_____Now comes the Defendant, Judy Collymore, and hereby moves this Honorable to seal two

documents that she wishes to file on this date to supplement her sentencing memorandum which

was electronically filed on February 1, 2006.

_____As grounds for this motion, Defendant states that the documents are sensitive in that they

relate to her personal medical history.

Wherefore, Defendant prays that this Honorable Court allow her Motion to File Under

Seal.

JUDY COLLYMORE
By her attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on February 3,
2006.

/s/ Page Kelley
Page Kelley