UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Judy Collymore, by and through her undersigned attorney, hereby moves this Court to modify her conditions of release to allow her to travel to Baltimore, Maryland by car, leaving Boston on Friday, June 9 and returning on Sunday, June 11.  She will be traveling with her sister, Yvett Debnam, and staying with a relative, Pamela Davis, at 100 Crofton Street, Baltimore, Maryland, 21114, tel. 443 292 4117. .  The purpose of the trip is to attend a family gathering.

Ms. Collymore agrees to abide by any conditions her Pretrial Services Officer Judy Oxford places on her, such as notifying her of the place she will be staying and calling her.

Assistant United States Attorney Glenn MacKinlay and Pretrial Services Officer Judy Oxford assent to this request.

JUDY COLLYMORE
By her attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

June 7, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 7, 2006.

                                        /s/ Page Kelley
                                        Page Kelley