UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |
| | ) | |

STATUS REPORT RE JUDY COLLYMORE

     Counsel for defendant Judy Collymore, Page Kelley, reports to the Court that Ms. Collymore was admitted to the Caritas Good Samaritan Hospital in Brockton on Monday, March 5, 2007. For the past several years Ms. Collymore has had a recurring problem with losing consciousness. This problem has worsened in recent months. She is currently having tests at the hospital to determine the cause of this problem. She informs counsel that she may be discharged today.

     Counsel asks that when Ms. Collymore's tests are completed and she has had a chance to discuss the results with her doctors, counsel be permitted to notify the Court and reschedule her sentencing hearing.

     JUDY COLLYMORE
By her attorney,
 /s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: March 7, 2006

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 7, 2007.

                                                     /s/ Page Kelley
                                                     Page Kelley