UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10096-JLT |
| ) | |
| JUDY COLLYMORE ) | |
| ) | |

STATUS REPORT RE JUDY COLLYMORE

Counsel for defendant Judy Collymore, Page Kelley, reports to the Court that Ms. Collymore has an appointment with Dr. Richard Lieberson, a cardiologist, on Tuesday, April 10, to consult with him about the results from tests that were done when she recently was admitted to the Caritas Good Samaritan Hospital in Brockton.  Counsel asks the Court to permit her to obtain the results of this consultation and then to contact the Court to reschedule Ms. Collymore's sentencing.

JUDY COLLYMORE
By her attorney,
 /s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: April 3, 2007

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 3, 2007.

 /s/ Page Kelley
Page Kelley