UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |
| | ) | |

MOTION TO FILE UNDER SEAL

_____Now comes the defendant, Judy Collymore, through counsel, Page Kelley, and hereby

moves this Honorable Court to allow her to file her status report under seal.

As grounds for this motion defendant states that her status report contains personal

information, including information concerning her health and mental health, that she does not

wish to make public.

> JUDY COLLYMORE
> By her attorney,
> /s/ Page Kelley
> Page Kelley
>  B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

Date: May 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on May 31, 2007.

> /s/ Page Kelley
> Page Kelley