UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10096-JLT |
| | ) | |
| JUDY COLLYMORE | ) | |

## MOTION TO CONTINUE SENTENCING

Defendant Judy Collymore requests that this Court continue her sentencing hearing, presently scheduled for January 8, 2008, to a date the first week of February. Counsel so requests because Ms. Collymore's mother died last week, and the funeral is scheduled for this Saturday, December 29th. Ms. Collymore needs to be interviewed again for her Presentence Report so that the report can be updated, and the additional time is necessary in order to accomplish that.

Assistant United States Attorney Glenn MacKinlay does not object to this request.

JUDY COLLYMORE
By her attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 12, 2007.

/s/ Page Kelley
Page Kelley